NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**MARK A. JACKSON, SR.,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE TREASURY,**
*Respondent.*

_____

2014-3034

_____

Petition for review of the Merit Systems Protection Board in No. PH-3443-12-0537-I-1.

_____

**ON MOTION**

_____

**O R D E R**

Mark A. Jackson, Sr. moves to voluntarily dismiss his petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The petition is dismissed.

(2) Each side shall bear its own costs.

2                                    JACKSON v. TREASURY

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE: March 21, 2014